UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES L. JOHNSON, III,

          Plaintiff,

    v.

RON HAYNES, et al.,

          Defendant.

CASE NO. 3:22-cv-05492-RSM-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections filed, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is **DISMISSED** with prejudice.

    (3)    Plaintiff's Motion to Transfer Venue (Dkt. #31) is **DISMISSED** as moot.

    (4)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

ORDER - 1

DATED this 2nd day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2