UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES L JOHNSON III,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>RON HAYNES, Superintendent, Stafford Creek Corrections Center; et al.,<br><br>　　　　　Defendants - Appellees. | No. 22-35885<br><br>D.C. No. 3:22-cv-05492-RSM<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered July 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT